Dismissed and Opinion filed October 3, 2002









Dismissed and Opinion filed October 3, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00346-CV

____________

 

GEORGE PENROSE d/b/a G. & T.
PRECISION PERFORMANCE, Appellant

 

V.

 

ALDINE INDEPENDENT SCHOOL
DISTRICT, Appellee

 



 

On
Appeal from the 129th District Court

Harris County, Texas

Trial
Court Cause No. 00-62131

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed March 1, 2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On September 10, 2002, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response and the record has not been
filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed October 3, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).